# United States District Court
## Violation Notice

GV66

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7334599 | F HLNSZ | 1044 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/23/17  2015 | 36 CFR 4.21(c) |

Place of Offense

S/B GRAND JUST N/O SPOUT RUN

Offense Description: Factual Basis for Charge    HAZMAT

SPEED 64/40 MPH

RAN NR 24527  LC

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ROBLES | JOSH | Y |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| FM5322 | DC | 17 | HOND VAN | | Grey |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

| | $ | |
|---|---|---|
| | 140 | Forfeiture Amount |
| | + $30 | Processing Fee |
| PAY THIS AMOUNT → | 170 | Total Collateral Due |

### YOUR COURT DATE

Court Address
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

Date (mm/dd/yyyy) 2/8/18
Time (hh:mm) 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

CVB SCAN 01/30/2018 14:50

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident.